ADDIE H. RHODES, Appellant, *v.* THE OCEAN ACCIDENT
AND GUARANTEE CORPORATION, LIMITED, Respondent.
GEORGE O. RHODES, Appellant, *v.* THE OCEAN ACCIDENT
AND GUARANTEE CORPORATION, LIMITED, Respondent.

(Argued January 18, 1934; decided February 27, 1934.)

438

*Henry P. Nevins* and *Joseph A. Nevins* for appellants.
*Frank G. Raichle* and *Jules C. Randal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, KELLOGG, HUBBS and CROUCH, JJ.   Dissenting: POUND, Ch. J., and O'BRIEN, J.